**STATE of Maine**

v.

**John F. McDONOUGH.**

Supreme Judicial Court of Maine.

Argued March 6, 1986.

Decided March 12, 1986.

David W. Crook, Dist. Atty., William Baghdoyan, Asst. Dist. Atty. (orally), Augusta, for plaintiff.

John F. McDonough, Bradford, pro se, (orally).

Before NICHOLS, ROBERTS, VIOLETTE, WATHEN GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION

After a jury trial in the Superior Court (Kennebec County), John F. McDonough

to obtain one.

was convicted of failing to appear, 17–A M.R.S.A. § 17(4) (1983). On appeal, he asserts numerous claims of error. We deny the appeal.

 The defendant has the burden of supporting an appeal with a record sufficient in content to permit a fair consideration of the issues raised. *State v. Hanson,* 483 A.2d 723, 725 (Me.1984); *see also* M.R. Crim.P. 39(b). Absent a transcript of the Superior Court proceedings, we are unable to review defendant's claims of error regarding voir dire, assistance of counsel, and jury instructions. Defendant's remaining arguments are without merit and require no discussion.

The entry is:

Judgment affirmed.

All concurring.